**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ISAAC FRANCISCO GONZALEZ,** | Case No. CV 09-04533 MMM (AJW) |
| Petitioner, | |
| v. | |
| | **J U D G M E N T** |
| **UNITED STATES DEP'T OF HOMELAND SECURITY,** | |
| Respondent. | |

For the reasons stated in the Magistrate Judge's Report and Recommendation, which this court adopted on March 26, 2010, this action is dismissed with prejudice.

DATED: March 26, 2010

_____
MARGARET M. MORROW
United States District Judge